UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 19-877 (CCC) |
| MATTHEW BRENT GOETTSCHE,<br>[REDACTED],<br>JOBADIAH SINCLAIR WEEKS,<br>JOSEPH FRANK ABEL, and<br>SILVIU CATALIN BALACI | :<br><br>:<br><br>: | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Craig Carpenito, United States

Attorney for the District of New Jersey, by David W. Feder

(david.feder@usdoj.gov), Assistant U.S. Attorney, is appearing for the United

States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney


By:  DAVID. W. FEDER
Assistant U.S. Attorney

Dated:    January 7, 2020