UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| | : | |
| v. | : | Crim. No. 19-877 (05) |
| | : | |
| | : | **SCHEDULING ORDER** |
| SILVIU CATALIN BALACI | : | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (Jamie L. Hoxie, Anthony P. Torntore, and David W. Feder, Assistant U.S. Attorneys, appearing), and defendant SILVIU CATALIN BALACI (Robert Anello, Esq., Brian Jacobs, Esq., and Margaret Vasu, Esq., appearing); and the parties not having had sufficient time to meet and confer with regard to a schedule for discovery and inspection and for pretrial motions; and for good cause shown,

It is on this 7th day of July, 2020, hereby ORDERED that:

1. Within two weeks from the date of this Order, that is, on or before July 21, 2020, if the Defendant has not pleaded guilty in this case, the Government and the Defendant shall take the actions described in paragraphs 2 through 6 of the Court's Standing Order for Criminal Trial Scheduling and Discovery; and

1

2

2. A status conference shall be held on a date to be set by separate order, if necessary, in order for the Court to confer with counsel and to enter an appropriate Scheduling Order.

        s/ Leda D. Wettre
_____
Honorable Leda D. Wettre
United States Magistrate Judge