

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*    973-645-2700
*Newark, New Jersey 07102*

October 21, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *United States v. Matthew Goettsche, et al.,*
              <u>Crim. No. 19-877</u>

Your Honor:

      Pursuant to the Government's request on September 29, 2020, the Court granted an extension for the Government to produce the remaining "non-filtered records that were produced by Apple in response to search warrants that presented technical difficulties" (the "Apple Records") by October 21, 2020. Dkt. 136.  The Government continues to experience technical difficulties processing some of the remaining data within this category.  Defense counsel has agreed to an additional 30-day extension for the Government to produce the remaining data. The Government requests that the deadline to produce the remainder of the Apple Records be extended to November 21, 2020.  If the Government is unable to process the remaining data by that date, it will inform defense counsel and the Court accordingly.

                            Respectfully submitted,

                            CRAIG CARPENITO
                            United States Attorney

                          By:  Anthony P. Torntore
                              Jamie L. Hoxie
                              Assistant U.S. Attorneys