

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101-0999
OFFICIAL BUSINESS

NIXIE      100    DE   1         0104/15/22
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 07101          *1683-02988-14-38

Joseph Stern
565 Fifth Ave.
New York, NY 10017

RECEIVED
2022 APR 26  A 10:10
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

US POSTAGE $00.53
04/11/2022
ZIP 07102
041L11245772

## Other Orders/Judgments
2:19-cr-00877-CCC USA v. GOETTSCHE et al

### U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 4/8/2022 at 3:28 PM EDT and filed on 4/8/2022
**Case Name:** USA v. GOETTSCHE et al
**Case Number:** 2:19-cr-00877-CCC
**Filer:**
**Document Number:** 239

**Docket Text:**
**STIPULATION AND MODIFICATION OF POST INDICTMENT RESTRAINING ORDER (Hard Fork Holdings Inc.'s interest in settlement monies) AND ORDER as to MATTHEW BRENT GOETTSCHE Signed by Judge Claire C. Cecchi on 4/8/2022. (dc, )**

**2:19-cr-00877-CCC-1 Notice has been electronically mailed to:**

AMANDA TUMINELLI     amanda.tuminelli@kobrekim.com

ANDREW C. LOURIE     andrew.lourie@kobrekim.com

ANTHONY P TORNTORE     anthony.torntore@usdoj.gov, caseview.ecf@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

BENJAMIN SAUTER     Benjamin.Sauter@kobrekim.com

BRIAN ADAM JACOBS     bjacobs@maglaw.com

DAVID BOIES     dboies@bsfllp.com

DAVID S. STONE     dstone@stonemagnalaw.com, tsaybe@stonemagnalaw.com, vespinal@stonemagnalaw.com

JAMIE LYNN HOXIE     jamie.hoxie@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

JASON J. LEBOEUF    jason@zzrlaw.com, athena@zzrlaw.com, nancy@zzrlaw.com

JOSEPH N. MINISH    joseph.minish@usdoj.gov, CaseView.ECF@usdoj.gov, Tomi-Anne.Nolino@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

Joanne Young    joanne_young@njp.uscourts.gov

MARGARET N. VASU    mvasu@maglaw.com

MATTHEW L SCHWARTZ    mlschwartz@bsfllp.com

ROBERT J. ANELLO    ranello@maglaw.com

RODNEY VILLAZOR    rodney.villazor@smithvillazor.com, suzanne.kowalski@smithvillazor.com

SARAH DEVLIN    sarah.devlin3@usdoj.gov, CaseView.ECF@usdoj.gov, usanj.ecfcriminaldocketing@usdoj.gov

**2:19-cr-00877-CCC-1 Notice has been sent by regular U.S. Mail:**

JOSEPH STERN
MORVILLO, ABRAMOWITZ, GRAND, I ASON & ANELLO, LLP
565 FIFTH AVENUE
NEW YORK, NY 10017

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/8/2022] [FileNumber=16030346-0
] [13e61931c8073cd454474594131679fb0ed091309b9a37aae09881f6ac13c0ad36a
e9a2afe691e04443602006b685222a05fcfbf73c2978fa5dcb4d7b8710d2a]]