**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

UNITED STATES OF AMERICA,

v.

SILVIU CATALIN BALACI
     Defendant.

Case No. 19 Cr. 877-5 (CCC)

---

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that upon the accompanying declaration of Margaret N. Vasu, dated July 14, 2023, and pursuant to Local Civil Rule 201.1 of the Local Rules of the United States District Court for the District of New Jersey, made applicable to criminal actions by Local Criminal Rule 1.1, Margaret N. Vasu hereby moves to withdraw her individual appearance as counsel of record for defendant Silviu Catalin Balaci in the above-referenced matter.

Robert J. Anello and Brian A. Jacobs of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Mr. Balaci.

New York, New York
July 14, 2023

          MORVILLO ABRAMOWITZ GRAND
          IASON & ANELLO P.C.

          By: /s/ Margaret N. Vasu
            Margaret N. Vasu

          565 Fifth Avenue
          New York, New York 10017
          (212) 880-9535 (phone)
          (212) 856-9494 (fax)
          mvasu@maglaw.com