UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SILVIU CATALIN BALACI,<br><br>Defendants. | Case No. 19 Cr. 877-5 (CCC) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that upon the accompanying declaration of Joseph Stern, dated October 18, 2023, and pursuant to Local Civil Rule 201.1 of the Local Rules of the United States District Court for the District of New Jersey, made applicable to criminal actions by Local Criminal Rule 1.1, Joseph Stern hereby moves to withdraw as counsel of record for Silviu Catalin Balaci in the above-referenced matter.

Robert J. Anello and Brian A. Jacobs of the law firm of Morvillo Abramowitz Grand Iason & Anello P.C. will remain as counsel of record to Mr. Balaci.

Dated: New York, New York
October 19, 2023

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:   s/ Joseph Stern
         Joseph Stern

565 Fifth Avenue
New York, New York 10017
(212) 880-9523 (phone)
(212) 856-9494 (fax)
jstern@maglaw.com

SO ORDERED

  s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:   6/11/2024